## OHIO SUPREME COURT—Continued

versed. Marshall, C. J., Day, Allen and Conn, JJ., concur. Robinson, Jones and Matthias, JJ., dissent. Dock. 3-14-24, 2 Abs. 210; Mo. Cer. Sus. 2 Abs. 422.

18480—Portage Markets Co. v. Charles George, by etc.; error to Summit Appeals. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 3-27-24, 2 Abs. 244; Mo. Cer. Sus. 2 Abs. 422.

18493—Josephine McCarty v. L. C. Lingham; error to Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 4-2-24, 2 Abs. 258; OA. 2 Abs. 299.

18494—Alfred J. Hummer v. John A. Parson, et al.; error to Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 4-3-24, 2 Abs. 258; OS. pend. 2 Abs. 407.

18506—Industrial Commission v. William Monroe et al.; error to Perry Appeals. Judgment reversed. Marshall, C. J., Robinson, Jones, Matthias and Day, JJ., concur. Allen and Conn, JJ., dissent. Dock. 4-9-24, 2 Abs. 274; Mo. Cer. Sus. 2 Abs. 422.

18555—Edward Walters v. B. & O. S. W. Ry. Co.; error to Vinton Appeals. Judgment reversed. Marshall, C. J., Robinson, Allen and Conn, JJ., concur. Dock. 5-5-24, 2 Abs. 339; Mo. Cer. Sus. 2 Abs. 437.

18567—State, ex rel. Martin Knudson, v. B. O. Bistline, Probate Judge. In Mandamus. Writ denied. Marshall, C. J., Jones, Day, Allen and Conn, JJ., concur. Dock. 5-7-24, 2 Abs. 339.

18610—State, ex rel. Jessie Little, v. Lloyd D. Carter et al.; error to Summit Appeals. Judgment reversed and judgment for plaintiff in error. Marshall, C. J., Robinson, Jones, Allen and Conn. JJ., concur. Dock. 5-26-24, 2 Abs. 371.

18643—Herman G. Ruch v. State of Ohio; error to Ashland Appeals. Judgment affirmed. Marshall, C. J., Jones, Allen and Conn, JJ., concur. Dock. 6-9-24, 2 Abs. 404; OA. 2 Abs. 518; OS. pend. 2 Abs. 485.

18652—William E. Kneale v. S. W. Jennings et al.; error to Cuyahoga Appeals. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 6-13-24, 2 Abs. 420; Mo. temp. inj. ov. 2 Abs. 459; OS. 2 Abs. 629.

18683—State, ex Harold S. Balser, v. Garrett W. Bowen, Clerk. In Mandamus. Writ allowed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 7-1-24, 2 Abs. 436.

18684—State, ex rel. T. E. Franklin, v. O. C. Johnston, Clerk. In Mandamus. Writ allowed. Marshall, C. J., Robinson, Jones, Matthias, Day, Allen and Conn, JJ., concur. Dock. 7-1-24, 2 Abs. 436.

18711—Industrial Commission v. Mary D. Burckard; error to Hamilton Appeals. Judgment affirmed. Marshall, C. J., Day, Allen and Conn, JJ., concur. Dock. 7-18-24, 2 Abs. 468; OS. 2 Abs. 364.

18809—State, ex rel. Tenant Finance Corp., v. Carl Davis, Mayor, et al. In Mandamus. Writ denied. Marshall, C. J., Robinson, Jones, Matthias, Day and Conn, JJ., concur. Dock. 10-31-24, 2 Abs. 690.

18827—John C. Duncan et al. v. Clyde C. Miller, as Treasurer. Motion to Holmes Appeals to certify. Overruled. Dock. 11-26-24, 2 Abs. 722.

18833—Harvey E. Shrock, Admr., v. Wheeling & Lake Erie Rd. Co. Motion to Stark Appeals to certify its record. Overruled. Dock. 10-25-24, 2 Abs. 738.

18842—Massillon Electric and Gas Co. (Ohio Public Service Co.) v. Claudia H. Reinoehl, Admrx. Motion to Stark Appeals to certify. Overruled. Dock. 10-29-24, 2 Abs. 754.

## MOTION DOCKET
## ANNOTATED CASES

18069—Hazel Robinson Newbold v. Maude M. Michael et al. Motion by defendant Michael for modification of judgment. Overruled.

18691—Mary J. Reinbolt v. Joseph F. Reinbolt. Motion to Sandusky Appeals to certify. Sustained. Dock. 7-7-24, 2 Abs. 452.

18750—Emelia H. Ritz v. Frank Messer et al. Motion to dispense with printing exhibits. Allowed. Dock. 8-11-24, 2 Abs. 498.

18757—Edith I. O'Brien, Admrx., v. Mary O'Brien et al. Motion by John P. Manton Executor, for revivor in Cause No. 18757 General Docket. Allowed. Dock. 8-13-24, 2 Abs. 408.

18811—W. E. Richey et al. v. Allen Brett, Recr. Motion by defendant to dismiss petition in error as of right. Sustained. Dock. 10-4-24, 2 Abs. 690.

18821—W. E. Richey et al. v. Allen Brett, Recr. Motion to Cuyahoga Appeals to certify. Overruled. Dock. 11-14-24, 2 Abs. 754.

18831—Baltimore & Ohio Rd. Co. v. Tom Baillie. Motion to Cuyahoga Appeals to certify. Sustained. Dock. 10-24-24, 2 Abs. 738.

18832—Bolotin Drabkin Furniture Co. v. Jessie Weston. Motion to Mahoning Appeals to certify. Overruled. Dock. 10-24-24, 2 Abs. 738.

18834—Adam Klein et al. v. E. A. Hawkins et al. Motion to Summit Appeals to certify. Overruled. Dock. 10-25-24, 2 Abs. 738.

18838—Andy Kossick v. Sharon Steel Hoop Co. Motion to Mahoning Appeals to certify. Sustained. Dock. 11-15-24, 2 Abs. —.

18840—Industrial Commission v. Peter Schwab. Motion to Cuyahoga Appeals to certify. Overruled. Dock. 10-28-24, 2 Abs. 754.

18844—Robert H. Immel et al. v. Allen F. Beck. Motion to Franklin Appeals to certify. Overruled. Dock. 11-29-24, 2 Abs. 754; OA. 2 Abs. 775.